IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RANDY COAKER                                                                                    PLAINTIFF

VS.                                  CASE NO. 1:06CV00016 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's complaint is dismissed with prejudice.

SO ADJUDGED this 26th day of September, 2007.

*/s/ Henry L. Jones, Jr.*
UNITED STATES MAGISTRATE JUDGE